# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **CA 4:15-cv-04863-RBH** |
| | ) | |
| v. | ) | |
| | ) | |
| Hacienda Mesa LLC; Sergio R Mesa; | ) | |
| CNH Capital America LLC; Deere & Company, | ) | |
| | ) | |
| Defendant, | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%,  along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary judgment having previously been granted for plaintiff, United States of America, against defendant Sergio R. Mesa, and default having previously been entered for defendants CNH Capital America, LLC and Deere & Company, default judgment is now entered against defendant Hacienda Mesa, LLC as laid out in the final Order of this Court.

This action was  *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, on plaintiff's motion for default judgment.

Robin L. Blume
CLERK OF COURT

By: s/Heather Ciccolella
Deputy Clerk

April 21, 2017